RECEIVED

AUG 1 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

JEANETTE KING

MISC. CASE NO. 6:17-mc-145
RELATED CASE 6:15-155

VERSUS

JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Jeanette King,

as Executor and Derivative Claimant of the estate of Robert Roland King, Sr., is hereby

GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is

hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _16th_ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE